**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02616-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

ROBERT L. PACHECO,

      Applicant,

v.

DEPT. OF CORRECTIONS,
RICK RAEMISCH,
WALT CHESTERFIELD,
BRANDON SHAFFER, and
STERLING CORRECTIONAL FACILITY,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

      Applicant, Robert L. Pacheco, currently is detained at the Denver County Jail in Denver, Colorado.  Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

| | | |
|---|---|---|
| (1) | _X_ | is not submitted |
| (2) | ___ | is missing affidavit |
| (3) | ___ | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | _X_ | is missing certified statement showing current balance in prison account |
| (5) | ___ | is missing required financial information |
| (6) | ___ | is missing an original signature by the prisoner |
| (7) | ___ | is not on proper form (must use the court's current form) |
| (8) | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | _X_ | other: **Applicant may in the alternative pay the $5 filing fee** |

**Complaint, Petition or Application**:

| | | |
|---|---|---|
| (11) | ___ | is not submitted |
| (12) | ___ | is not on proper form (must use the court's current form) |
| (13) | ___ | is missing an original signature by the prisoner |
| (14) | ___ | is missing page nos. ___ |
| (15) | ___ | uses et al. instead of listing all parties in caption |
| (16) | ___ | An original and a copy have not been received by the court.  Only an original has been received. |
| (17) | ___ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | ___ | names in caption do not match names in text |
| (19) | ___ | other: |

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Applicant files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the proper Court-approved

form used in filing a 28 U.S.C. § 1915 Motion in a habeas corpus action, if necessary,

(with the assistance of his case manager or the facility's legal assistant), along with the

applicable instructions, at  www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 23, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge

3